<u>CAUSE No. 07-13-00150-CR</u>

Oct. 15, 2015

Dear Clerk of the court,
My name is Ernest Benton #1846243. The court of Appeals rendered its decision affirming my conviction on December 9, 2014. Mr. Dale Rabe Jr. was/is my attorney on appeal and he remained my attorney to prepare and file my Petition for Discretionary Review. In my copy of the P.D.R. under STATEMENT OF PROCEDURAL HISTORY P. 7, he states that my P.D.R. was filed on February 10, 2015.

I have not recieved any notice that the court of Criminal Appeals in fact recieved my P.D.R. Nor have I recieved a notice (white card) that the court of Criminal Appeals ruled on my P.D.R.

Please send me a status report on my filed P.D.R. by my appeal counsel.

Thank you for your time and effort and I look forward to your prompt response.

Sincerely
Ernest Benton
Ernest Benton #1846243

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk